IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:10-CR-00263-01-BRW

ALONZO GUTIERREZ HERNANDEZ

## ORDER

Defendant's Motion for Reconsideration (Doc. No. 32), which argues that he should be deported rather than having to serve his 78-month sentence, is DENIED.

IT IS SO ORDERED this 12th day of December, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE